# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00716-CV

**Roy Blizzard and Donna Blizzard, Appellants**

**v.**

**Select Portfolio Servicing f/k/a Fairbanks Capital and
Manufacturers and Traders Trust Company , Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 12-1132-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Roy Blizzard and Donna Blizzard appeal a final summary judgment that was signed on August 21, 2013. Generally, under the Texas Rules of Appellate Procedure, an appeal is perfected in a civil case when a notice of appeal is filed within thirty days after the judgment is signed. Tex. R. App. P. 25.1(a), 26.1. When a motion for new trial or other post-judgment motion specified in Rule 26.1(a) is timely filed, a notice of appeal must be filed within ninety days after the judgment is signed. Tex. R. App. P. 26.1(a). In this case, no post-judgment motion was filed. Consequently, appellants' deadline to file their notice of appeal was September 20, 2013. Appellants' deadline to file a motion for extension of time to file their notice of appeal was October 7, 2013. *See* Tex. R. App. P. 26.3 (allowing fifteen-day extension of notice of appeal deadline on appellant's motion); *see also* Tex. R. App. P. 4.1 (computing time); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (motion for extension of time implied when appellant files notice of appeal within fifteen days of deadline for filing notice of appeal).

On December 18, 2013, we sent a letter to appellants, stating that it appeared from the trial court clerk's record that their notice of appeal was not timely filed and, as a result, that we lacked jurisdiction over this appeal. *See* Tex. R. App. P. 25.1(b) (filing of notice of appeal invokes appellate jurisdiction). Appellants responded to our letter, but did not assert that they had timely filed their notice of appeal. Instead, appellants forwarded to this Court a file-stamped copy of their notice of appeal, showing that the notice was filed with the trial court clerk on October 28, 2013. Because appellants' notice of appeal is untimely, this Court lacks jurisdiction to consider this appeal. Accordingly, we dismiss the cause for want of jurisdiction. *See* Tex. R. App. P. 42.3.

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: January 15, 2014

2